IN THE UNITED STATES DISTRICT CASE
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO. 4:11-mj-237 (MSH) |
| KIMBERLY M. JOHNSON | : | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

VIOLATION No. 2689886

That on or about April 17, 2011, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this case, KIMBERLY M. JOHNSON, did unlawfully take and carry away with intent to steal and purloin one (1) "Temple Touch" mini digital thermometer, one (1) five pack of "Martha Stewart" glitter markers, one (1) four pack of "Martha Stewart" permanent ink markers, one (1) four pack of "Martha Stewart" glitter markers, one (1) "Zippo" wind proof lighter, one (1) "Little Noses" decongestant nose drops, and one (1) "Cepacol Fizzler" pain reliever; of the goods and property of the Army and Air Force Exchange Service, in violation of Title 18, United States Code Section 641.

MICHAEL J. MOORE
UNITED STATES ATTORNEY

BY: EDWARD J. GLADDING
SPECIAL ASSISTANT UNITED STATES ATTORNEY